## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 19-cv-12497-PBS**

| |
|---|
| **GEOFFREY TAMMARO and MEGAN TAMMARO,** <br><br> **Plaintiffs** <br><br> v. <br><br> **GARVIN MCHALE, MARK ASSAD, KEVIN SMITH, CHRISTOPHER SIMPSON, and BOSTON POLICE OFF. JOHN DOE,** <br><br> **Defendants.** |

## JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION

Now come the parties to the above-referenced matter and hereby jointly request the cancellation of the Alternative Dispute Resolution (ADR) conference currently scheduled for June 15, 2021. As reason therefor, it is stated that following the case management conference on May 6, 2021, the parties have continued their settlement discussions and determined that a trial will be necessary to resolve this matter.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PLAINTIFFS GEOFFREY TAMMARO MEGAN TAMMARO, | DEFENDANTS, GARVIN MCHALE, MARK ASSAD, KEVIN SMITH, CHRISTOPHER SIMPSON, |
| By their attorneys, | Henry Luthin<br>Corporation Counsel |
| | By their attorneys, |
| /s/ Luke Ryan<br>Luke Ryan, Esq. BBO# 664999<br>David Hoose<br>Sasson, Turnbull, Ryan and House<br>100 Main Street, 3rd Floor<br>Northampton, MA 01060<br>(413)586-4800<br>lryan@strhlaw.com | /s/ John Fahey<br>John Fahey, BBO No. 703399<br>Assistant Corporation Counsel<br>Erika Reis, BBO No. 669930<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>One City Hall Square, Room 615<br>Boston, MA 02201<br>(617) 635-4017 (Fahey)<br>(617) 635-4034 (Reis)<br>John.Fahey@boston.gov<br>Erika.Reis@boston.gov |
| Brendan J. Noonan, BBO# 688919<br>Law Offices of Gerald J. Noonan<br>555 Pleasant Street<br>Brockton, MA 02301<br>(508)588-0422<br>Bnoonan393@gmail.com | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Date:  6/2/21                                                                                                   /s/ Luke Ryan
                                                                                                                         Luke Ryan