UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY TAMMARO and MEGAN TAMMARO,<br><br>                 Plaintiffs,<br><br>v.<br><br>GARVIN MCHALE, KEVIN SMITH, CHRISTOPHER SIMPSON, and BOSTON POLICE OFF. JOHN DOE,<br><br>                 Defendants. | CIVIL ACTION NO. 1:19-12497-PBS |

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

    The Court having been advised on September 15, 2021, by the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

9/15/2021　　　　　　　　　　　　　　　　By the Court,
Date

　　　　　　　　　　　　　　　　　　　　/s/ Miguel A. Lara
　　　　　　　　　　　　　　　　　　　　Deputy Clerk